## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**GLORIA CELESTE YOUNG**                                                                  **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 2:23-cv-175-KS-MTP**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                                       **DEFENDANT**

## ORDER

      This cause comes before the Court on the Motion to Dismiss [22] and the Motion to Strike [24] filed by State Farm Fire and Casualty Company on January 10, 2024. The Court in its Order [26] noted Plaintiff's right to amend its Complaint as a matter of course within 21 days after service of a motion under Federal Rule of Civil Procedure 12(b)(6). Plaintiff filed its Amended Complaint [28] within the 21-day period on January 24, 2024, which makes the Motion to Dismiss [22] and Motion to Strike [24] moot as they relate to Plaintiff's original complaint. Therefore, the Motion to Dismiss [22] and Motion to Strike [24] are denied as moot.

      **SO ORDERED and ADJUDGED** this 6th day of February 2024.

                                           /s/ Keith Starrett
                                           KEITH STARRETT
                                           UNITED STATES DISTRICT JUDGE