IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| GLORIA CELESTE YOUNG, *Individually and on behalf of all others similarly situated* | § § § § § | PLAINTIFF |
| v. | § § § | Civil No. 2:23-cv-175-HSO-MTP |
| STATE FARM FIRE AND CASUALTY COMPANY | § § § | DEFENDANT |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered herewith, the Court finds that this civil action should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 4th day of September, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE